

# ELECTRONIC RECORD

COA # 04-11-891-CR            OFFENSE: Capital Murder

STYLE: James Garza v. The State of Texas            COUNTY: Bexar

COA DISPOSITION: AFFIRMED            TRIAL COURT: 290th District Court

DATE: 10/24/2012            Publish: NO   TC CASE #: 2009CR12648A

# IN THE COURT OF CRIMINAL APPEALS

## ELECTRONIC RECORD

STYLE: «Style1» v. «Style2»            CCA #:

_APPELLANT'S_ Petition            CCA Disposition: **045-15**

FOR DISCRETIONARY REVIEW IN CCA IS:            DATE:

_refused_            JUDGE:

DATE: April 29, 2015            SIGNED: _____ PC: _____

JUDGE: PC; Yeary J. not            PUBLISH: _____ DNP: _____
participating

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____